Recording Requested By:
_____
Prepared By: Audrey B Trumble
855-369-2410 /3001 Hackberry Rd.
When recorded mail to: Irving, TX 75063
_____

Case Nbr: ▮
Ref Number: ▮
Property Address:
3 PARKWAY
WARWICK, NY 10990
Property Location:
Township of WARWICK (VLG)

This space for Recorder's use

# ASSIGNMENT OF MORTGAGE

For Value Received, MTGLQ INVESTORS, L.P., the undersigned holder of the Mortgage described below (herein "Assignor") whose address is 2001 ROSS AVENUE, SUITE 2800, DALLAS, TX 75201 does hereby grant, sell, assign, transfer and convey unto US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST whose address is 7114 E STETSON DRIVE, SUITE 250, SCOTTSDALE, AZ 85251 all beneficial interest under that certain security instrument described below together with the note(s) and obligations therein described and the money due and to become due thereon with interest and all rights accrued or to accrue under said security instrument.

| | |
|---|---|
| Mortgagee: | PNC MORTGAGE CORP. OF AMERICA |
| Made By: | ROY SUDDER AND JEAN CAROZZA SUDDER, HUSBAND AND WIFE |
| Date of Mortgage: | 11/13/1995 |
| Original Loan Amount: | $155,040.00 |
| Section: 214 | Lot: 1    Block: 5 |

Recorded in Orange County, NY on: 12/5/1995, book 5591, page 276 and instrument number 13800

This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

This Mortgage has not been assigned unless otherwise stated below:

**SEE EXHIBIT "A" ATTACHED**

IN WITNESS WHEREOF, the undersigned has caused this Assignment of Mortgage to be executed on Dated:
~~FEB 2 4 2020~~

MTGLQ INVESTORS, L.P.

By: _____
Andrea Rhinehardt, Vice President

STATE OF TX
County of Dallas

FEB 2 4 2020

On the ____ day of _____, in the year 20___, before me the undersigned, personally appeared Andrea Rhinehardt, Vice President for MTGLQ INVESTORS, L.P. personally known to me or proved to me on the basis of satisfactory evidence, to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that (he)(she)(they) executed the same in (his)(her)(their) capacity(y)(ies), and that by (his)(her) (their) signature(s) on the instrument. the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual(s) made such appearance before the undersigned in the
Dallas, Texas _____ (add the city or political subdivision and the state or country or other place the acknowledgement was taken).

_____
Notary Public Natalie Flowers
NOV 2 9 2022


Natalie Flowers
My Commission Expires
11/29/2022
ID No. 124227602

Page 1 of 1

# EXHIBIT "A"

## Assignment Chain

| | |
|---|---|
| Mortgage Recording Details: | MORTGAGE #1<br>BORROWER: ROY SUDDER & JEAN CAROZZA SUDDER<br>LENDER: PNC MORTGAGE CORP. OF AMERICA<br>DATED: 11/13/1995<br>RECORDED DATE: 12/05/1995<br>BOOK/PAGE: 5591/276<br>AMOUNT: $155,040.00<br><br>MORTGAGE #2<br>BORROWER: ROY SUDDER & JEAN CAROZZA SUDDER<br>LENDER: WASHINGTON MUTUAL BANK, FA<br>DATED: 12/24/2002<br>RECORDED DATE: 03/25/2003<br>BOOK/PAGE/INSTR#: 11001/0572/20030055461<br>AMOUNT: $73,713.18<br><br>CEMA<br>BORROWER: ROY SUDDER & JEAN CAROZZA SUDDER<br>LENDER: WASHINGTON MUTUAL BANK, FA AS SUCCESSOR TO PNC MORTGAGE CORP. OF AMERICA<br>DATED: 12/24/2002<br>RECORDED DATE: 03/25/2003<br>BOOK/PAGE/INSTR#: 11001/0592/20030055462<br>AMOUNT: $215,000.00 |
| Assigned From: | THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK, F/K/A WASHINGTON MUTUAL BANK, FA, SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL HOME LOANS, INC., F/K/A PNC MORTGAGE CORP. OF AMERICA |
| To: | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| AOM Dated: | 07/11/2014 |
| AOM Recording Details: | Recorded 08/11/2014; Book: 13782; Page: 1230; Instrument: 20140067942 |
| Assigned From: | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| To: | MTGLQ INVESTORS, L.P. |
| AOM Dated: | 08/21/2017 |
| AOM Recording Details: | Recorded 09/05/2017; Book: 14284; Page: 1360; Instrument: 20170063181 |

Prepared By and Return To:
Maged Farag
Collateral Department
Meridian Asset Services, LLC
3201 34th Street South, Suite 310
St. Petersburg, FL 33711
(727) 497-4650

_____ Space above for Recorder's use _____

Section: 214 Lot: 1 Block: 5
Loan No: ███

## ASSIGNMENT OF MORTGAGE

FOR GOOD AND VALUABLE CONSIDERATION, the sufficiency of which is hereby acknowledged, the undersigned, **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNOR), does hereby grant, assign and transfer to **US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CABANA SERIES IV TRUST**, whose address is **7114 E. STETSON DR., SUITE 250, SCOTTSDALE, ARIZONA 85251**, (ASSIGNEE), its successors, transferees and assigns forever, all beneficial interest under that certain mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon.

Date of Mortgage: 11/13/1995
Original Loan Amount: $155,040.00
Executed by (Borrower(s)): ROY SUDDER & JEAN CAROZZA SUDDER
Original Lender: PNC MORTGAGE CORP. OF AMERICA
Filed of Record: In Book/Liber/Volume 5591, Page 276
Document/Instrument No: N/A in the Recording District of ORANGE, NY, Recorded on 12/5/1995.
MUNICIPALITY: VILLAGE OF WARWICK

Chain Exhibit: SEE EXHIBIT "A" ATTACHED
Property more commonly described as: 3 PARKWAY, WARWICK, NEW YORK 10990

*This assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.*

IN WITNESS WHEREOF, the undersigned by its duly elected officers and pursuant to proper authority of its board of directors has duly executed, sealed, acknowledged and delivered this assignment.

Date: 3/25/2020

US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST, BY MERIDIAN ASSET SERVICES, LLC, ITS ATTORNEY-IN-FACT

By: MURAT DENIZ
Title: VICE PRESIDENT

Witness Name: MOLLIE SPUDIE

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT

State of      **FLORIDA**
County of    **PINELLAS**

On 3/25/2020, before me, BARBARA BAKA, a Notary Public, personally appeared MURAT DENIZ, VICE PRESIDENT of/for MERIDIAN ASSET SERVICES, LLC, AS ATTORNEY-IN-FACT FOR US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST, personally known to me, or who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of FLORIDA that the foregoing paragraph is true and correct. I further certify the foregoing instrument was acknowledged before me by means of ☑ physical presence or ☐ online notarization and that MURAT DENIZ, signed, sealed, attested and delivered this document as a voluntary act in my presence in the County of PINELLAS, State of FLORIDA.

Witness my hand and official seal

(Notary Name): BARBARA BAKA
My commission expires: 02/26/2024

Barbara Baka
NOTARY PUBLIC
STATE OF FLORIDA
Comm# GG962750
Expires 2/26/2024

# EXHIBIT "A"
## Assignment Chain

| | |
|---|---|
| Mortgage Recording Details: | MORTGAGE #1<br>BORROWER: ROY SUDDER & JEAN CAROZZA SUDDER<br>LENDER: PNC MORTGAGE CORP. OF AMERICA<br>DATED: 11/13/1995<br>RECORDED DATE: 12/05/1995<br>BOOK/PAGE: 5591/276<br>AMOUNT: $155,040.00<br><br>MORTGAGE #2<br>BORROWER: ROY SUDDER & JEAN CAROZZA SUDDER<br>LENDER: WASHINGTON MUTUAL BANK, FA<br>DATED: 12/24/2002<br>RECORDED DATE: 03/25/2003<br>BOOK/PAGE/INSTR#: 11001/0572/20030055461<br>AMOUNT: $73,713.18<br><br>CEMA<br>BORROWER: ROY SUDDER & JEAN CAROZZA SUDDER<br>LENDER: WASHINGTON MUTUAL BANK, FA AS SUCCESSOR TO PNC MORTGAGE CORP. OF AMERICA<br>DATED: 12/24/2002<br>RECORDED DATE: 03/25/2003<br>BOOK/PAGE/INSTR#: 11001/0592/20030055462<br>AMOUNT: $215,000.00 |
| Assigned From: | THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER OF WASHINGTON MUTUAL BANK, F/K/A WASHINGTON MUTUAL BANK, FA, SUCCESSOR IN INTEREST TO WASHINGTON MUTUAL HOME LOANS, INC., F/K/A PNC MORTGAGE CORP. OF AMERICA |
| To: | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| AOM Dated: | 07/11/2014 |
| AOM Recording Details: | Recorded 08/11/2014; Book: 13782; Page: 1230; Instrument: 20140067942 |
| Assigned From: | JPMORGAN CHASE BANK, NATIONAL ASSOCIATION |
| To: | MTGLQ INVESTORS, L.P. |
| AOM Dated: | 08/21/2017 |
| AOM Recording Details: | Recorded 09/05/2017; Book: 14284; Page: 1360; Instrument: 20170063181 |
| Assigned From: | MTGLQ INVESTORS, L.P. |
| To: | US BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES IV TRUST |
| AOM Recording Details: | To be recorded concurrently herewith |